## M. E. Graves, Defendant in Error, v. George A. Neeves, Plaintiff in Error.

### Gen. No. 18,500.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. WILLIAM N. GEMMILL, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed November 20, 1913.

### Statement of the Case.

Action by M. E. Graves against George A. Neeves on a promissory note. From a judgment for plaintiff for $138.37, which included $25 attorney's fees, defendant brings error.

GEORGE A. NEEVES, JR. and LELAND K. NEEVES, for plaintiff in error.

CHARLES S. McNETT, for defendant in error.

MR. JUSTICE FITCH delivered the opinion of the court.

### Abstract of the Decision.

1. BILLS AND NOTES, § 184*—*when accommodation indorser is not guarantor of maker.* Where an indorser of a promissory note writes his name underneath the name of the payee so that a bank will discount the note for the payee, and is obliged to pay the amount due the bank and receives the note, he is the owner by purchase from the bank, can recover against the maker and is not a mere volunteer as being a guarantor without the request of the maker.

2. BILLS AND NOTES, § 184*—*when guarantor by indorsement can recover against maker.* If an accommodation indorser of a note for the payee is a guarantor, on his being obliged to pay the amount due a discounting bank and receiving the note, the payment is in discharge of his own obligation and not of the maker's, and he takes title by assignment with right to recover against the maker.

3. BILLS AND NOTES, § 477*—*when attorney's fees are recoverable.* Where a promissory note provides for attorney's fee if it is not paid when due, it is proper to include the amount thereof in the finding and judgment.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.